1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile: (415) 956-1664
4  E-Mail:    klo-jmk@pacbell.net

5  Attorney for Plaintiffs

6                  UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  ARMENAK CHAMLIKIAN,                      Case No.
9  MARINA VARTANIAN, AND
   KRISTINE CHAMLIKIAN,              COMPLAINT    FOR    DECLARATORY
10                                    JUDGMENT AN D INJUNCTION
              Plaintiff,
11
          vs.
12
   ROSEMARY MELVILLE, District Director,
13 United States Citizenship and Immigration
   Services and EMILIO T. GONZALEZ,
14 Director, United States Citizenship
   and Immigration Services,
15
              Defendant
16
   _____/
17

18        Plaintiffs allege:

19        1. This action is brought pursuant to the provisions  of  28 U.S.C. § 1331 and 5 U.S.C.

20 §§ 701 - 706.

21        2. Defendant Emilio T. Gonzalez is the Director of the United States Citizenship and

22 Immigration Services, (USCIS),  an  agency of the United States as defined by 5 U.S.C. §701(b)(1),

23 charged with the duty to adjudication applications for benefits under the Immigration and Nationality

24 Act, including applications for adjustment of status pursuant to 8 U.S.C. §1159(b) .

25        Defendant Rosemary Melville is the District Director of the San Francisco District Office of

26 the USCIS, the immigration officer charged with the duty to adjudicate applications for benefits

27

28                                    1

1   under the Immigration and Nationality Act filed by aliens who reside within the jurisdiction of the

2   San Francisco District, as described in 8 C.F.R. §100.4(b)(13).

3       3. Plaintiffs are citizens of Armenia who have been granted asylum in the United States.

4   Plaintiffs Armenak Chamlikian and Marina Vartanian are husband and wife. Plaintiff Kristine

5   Chamlikian is their daughter.

6       4. 8 U.S.C. §1159(b) vests defendants with discretion to adjust the status of an asylee to an

7   alien lawfully admitted for permanent residence.

8       5. On October 24, 1996 plaintiff Armenak Chamlikian applied for adjustment of status

9   pursuant to 8 U.S.C. §1159(b) by filing an application at the Immigration and Naturalization Service

10   San Francisco, California District Office, Fresno, California sub-office. *See*, Exhibit A.

11       6. On August 2, 2004 plaintiff's application was denied. *See*, Exhibit B.

12       7. On November 10, 2005 the denial was vacated and the application for adjustment of status

13   reopened. *See*, Exhibit C.

14       8. On December 17, 2001 plaintiff Marina Vartanian applied for adjustment of status

15   pursuant to 8 U.S.C. §1159(b) by filing an application with the director of the USCIS Nebraska

16   Service Center. *See*, Exhibit D.

17       9. On December 17, 2001 plaintiff Kristine Chamlikian applied for adjustment of status

18   pursuant to 8 U.S.C. §1159(b) by filing an application with the director of the USCIS Nebraska

19   Service Center. *See*, Exhibit E.

20       10. It is defendants' legal duty to adjudicate an application for adjustment of status and to

21   adjust an alien's status to lawful permanent resident if an application is approved, or, if an

22   application is denied, forward written notice of the decision to an alien that includes the reason for

23   denial.

24       11. 5 U.S.C. §555(b) dictates that the USCIS must proceed to conclude action on plaintiffs'

25   applications within "a reasonable time". Defendants have violated their duty. According to

26   information the USCIS makes available to the public, the USCIS Nebraska Service Center is now

27

28                                                    2

1  adjudicating adjustment applications filed on or before October 1, 2006, and the San Francisco

2  District Office Fresno Sub-Office is now adjudicating applications filed on or before March 15,

3  2007. *See*, Exhibit F. Defendants' failure to adjudicate plaintiffs' applications  violates 8 U.S.C.

4  §1159(b), 8 C.F.R. §209.2, and 5 U.S.C. §555(b).

5       12. Plaintiffs' applications remain pending.

6       13. There is no administrative appeal from defendant's decision.

7       14. There is a real and actual controversy between the parties.  Plaintiffs have no adequate

8  remedy at law. Plaintiffs have suffered and will continue to suffer irreparable injury as result of the

9  acts of the defendant complained herein.

10  WHEREFORE, plaintiffs pray judgment.

11       1. Declaring that defendants have violated 8 U.S.C. §1159(b), 8 C.F.R. §209.2, and 5 U.S.C.

12  §555(b) in the adjudication of plaintiffs' applications for adjustment of status.

13       2. Preliminarily and permanently enjoining defendants, their agents, and delegates to

14  immediately adjudicate plaintiffs' applications for adjustment of status.

15       3. Awarding plaintiffs their costs and reasonable attorneys fees incurred in this action.

16       4. Granting such other and further relief as may be appropriate.

17  Dated: September 28, 2007

18

19                           JONATHAN M. KAUFMAN
                         Attorney For Plaintiffs

20

21

22

23

24

25

26

27

28                           3

# EXHIBIT A

IMMIGRATION AND NATURALIZATION SERVICE
865 FULTON MALL
FRESNO, CA 93721-2816

DATE                    OCT 2 4 1996

NAME        Armandc &           A#    73/22 799,
            Lilia Chanlikian          73/22800

Your application for adjustment of status has been accepted for
processing.  You will be notified of the date and time of your
interview.

Advance parole (permission to depart from and reenter the United
States, while your application is pending) must be obtained prior
to your departure from the United States.  At the present time
there is a liberal policy concerning   advance paroles for
individual who have an application for adjustment of status
pending.  You must submit form I-131 (fee $70), along with four (4)
photographs.  You will normally need a valid unexpired passport for
travel.  (Other than natives of Canada or Mexico traveling to their
own countries.)

NOTE:  If you depart the United States without prior Service
authorization while your application is pending, your application
will be considered abandoned, and all action on your application
for adjustment of status will be terminated.
                    **MISSING DOCUMENTS**

The following documents are either missing or are not acceptable in
their present form.  Please bring any items checked with you on the
date of your interview.

_____    Valid Passport

\_\_\_\_\_    Full translation of birth certificate

\_\_\_\_\_    Translation of other document:_____

\_\_\_\_\_    Results of Physical Examination

\_\_\_\_\_    Supporting documents for I-134 or job offer

\_\_\_\_\_    Form 9003

    Other:_____

_____

Fresno CA   W/ ALAMOS 2825 #128
93705

# EXHIBIT B

**U.S. Department of Homeland Security**
1177 Fulton Mall
Fresno, CA 93721-1913



**U.S. Citizenship
and Immigration
Services**

## DECISION ON APPLICATION FOR STATUS AS PERMANENT RESIDENT

Armenak Chamlikian                    **Refer to This File No.**
2825 W. Alamos, #128
Fresno, CA  93705

A73-122-799
**Date: 'AUG 0 2 2004**

*Upon consideration, it is ordered that your application for status as a permanent resident be denied for the following reasons:*

(PLEASE SEE ATTACHMENT TO I-291)

*If you fail to depart from the United States by the date specified, proceedings will be instituted to enforce your departure. You may renew your application for status as a permanent resident during such proceedings.*

Sincerely,

David N. Still
District Director

cc:

CHAMLIKIAN, Armenak                                                    A73-122-799

On October 24, 1996, the applicant, Armenak Chamlikian, filed the Form I-485, Application to Register Permanent Residence or Adjust Status, under Section 245 of the Immigration and Nationality Act, as amended ("The Act"). The applicant is a 41-year-old native and citizen of Armenia. The applicant last entered the United States on April 15, 1991 with an I-94 confirming your status as an asylee through Fresno, California.

The applicant is seeking adjustment of status to legal permanent residence pursuant to Section 245 of the Act. Section 245 of the Act provides in pertinent part:

> (a) The status of an alien who was inspected and admitted or paroled into the United States may be adjusted by the Attorney General, in his discretion and under such regulations as he may prescribe, to that of an alien lawfully admitted for permanent residence if (1) the alien makes an application for such adjustment, (2) the alien is admissible to the United States for permanent residence, and (3) an immigrant visa is immediately available to him at the time his application if filed.

The Service is required to determine an individual's eligibility for immigration benefits as described in the Act. The Service considers information from various sources when deciding an individual's eligibility for immigration benefits. The record indicates that the applicant was notified of their need to be fingerprinted at the designated Application Support Center on July 1, 2004.

In considering this application, the Service is guided by Title 8 Code of Federal Regulations ("8 CFR"), Sections 103.2(b)(8), (11) and (14).

> (8) Request for evidence. If there is evidence of ineligibility in the record, an application or petition shall be denied on that basis notwithstanding any lack of required initial evidence...except as otherwise provided in this chapter, in other instances where there is no evidence of ineligibility, and initial evidence or eligibility information is missing or the Service finds that the evidence submitted either does not fully establish eligibility for the requested benefit or raises underlying questions regarding eligibility, the Service shall request the missing initial evidence, and may request additional evidence, including blood tests. In such cases, the applicant or petitioner shall be given 12 weeks to respond to a request for evidence. Additional time may not be granted.

> (11) Submission of evidence in response to a Service request. All evidence submitted in response to a Service request must be submitted at one time. The submission of only some of the requested evidence will be considered a request for a decision based on the record.

> (14) Effect of request for decision. Where an applicant or petitioner does not submit all requested additional evidence and requests a decision based on the evidence already submitted, a decision shall be issued based on the record. Failure to submit requested evidence which precludes a material line of inquiry shall be grounds for denying the application or petition. Failure to appear for required fingerprinting or for a required interview, or to give required testimony, shall result in the denial of the related application or petition.

Pursuant to 8 CFR 103.2(b)(14), the applicant was requested to go to the ASC Center within two weeks of the appointment notice. The record confirms that the fingerprint notice was served to the applicant via first class mail on July 1, 2004. The applicant has failed to show compliane with the Service's fingerprint notice.

Without the complete submission of the requested evidence, the Service is unable to determine the applicant's eligibility for permanent resident status. Therefore, the Service is likewise unable to approve this application.

Pursuant to 8 CFR 103.2(b)(11) and (14), this application is hereby denied for the lack of prosecution.

In addition, the Service intends to revoke the employment authorization granted to the applicant in conjunction with the application for lawful permanent residence. The applicant shall be granted 18 days from the date of this notice to provide countervailing evidence as to why their employment authorization should not be revoked.

ATTACHMENT TO FORM I-291

# EXHIBIT C

# U. S. Department of Homeland Security

Citizenship and Immigration Services
1177 Fulton Mall
Fresno, CA 93721

Armenak Chamlikian
5703 W. Paul
Fresno, CA 93722

Date: **NOV 1 0** 2005
File: A73 122 799

**APPLICATION:**    Motion To Reopen and Reconsider Application for Adjustment of Status under Section 209 of the Immigration and Nationality Act, (the Act) as amended.

**DISCUSSION:**    On December 19, 2002 you filed for benefits under section 209 of the Immigration and Nationality Act.

You were requested on July 1, 2004, to appear at the INS Application Support Center to be fingerprinted in connection with your application for permanent residence. Your application was denied on August 2, 2004 under Title 8 Code of Federal Regulations, Section 103.2(b)(13) for failure to appear for this appointment.

You filed a Motion to Reopen on August 10, 2004. In your motion you state, "...we moved to a new address and gave notice of change of address to the INS to avoid lost or stolen mail. I provided them with the new address, and my daughter's permanent residency card successfully arrived at the new address..."

Review of the Service record indicates that Armenak Chamlikian did in fact notify the service of his change of address.

**ORDER:**    IT IS ORDERED that the District Director's decision of August 2, 2004 be vacated and the application for adjustment of status under Section 209 of the Immigration and Nationality Act, as amended be reopened and reconsidered. The applicant will be informed of the date, time and place of any subsequent interview.

David N. Still
District Director

# EXHIBIT D

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-02-066-50924 | | CASE TYPE I485    APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| --- | --- | --- |
| RECEIVED DATE December 17, 2001 | PRIORITY DATE | APPLICANT A72 683 736 VARTANIAN, MARINA G. |
| NOTICE DATE December 19, 2001 | PAGE 1 of 1 | |

MARINA G. VARTANIAN
5703 W PAUL AVE
FRESNO CA 93722

**Notice Type:** Receipt Notice

Amount received: $ 220.00

Section: Asylee adjustment

The above application or petition has been received. It usually takes 360 to 390 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93)N

# EXHIBIT E

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I485   APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|---|
| LIN-02-066-50974 | | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT | A72 683 735 |
| December 17, 2001 | | | CHAMLIKIAN, KRISTINE A. |
| NOTICE DATE | PAGE | | |
| December 19, 2001 | 1 of 1 | | |

KRISTINE A. CHAMLIKIAN
5703 W PAUL AVE
FRESNO CA 93722

**Notice Type:**  Receipt Notice

Amount received: $  220.00

Section: Asylee adjustment

---

The above application or petition has been received.  It usually takes 360 to 390 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



# EXHIBIT F





| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

---

[ Print This Page ]   [ Back ]

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted September 15, 2007

| Form | Title | Classification or Basis for Filing | Processing Timeframe |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | January 04, 2006 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | 6 Months |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | 3 Months |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | 15 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | 30 Days |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 14, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 14, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | April 17, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | April 17, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | June 14, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | December 15, 2006 |

| I-131 | Application for Travel Document | All other applicants for advance parole | June 14, 2007 |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | October 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | December 01, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | October 26, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | January 01, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | August 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | November 15, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | 6 Months |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | 6 Months |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | December 21, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | October 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | August 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | March 16, 2007 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | 6 Months |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | May 10, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | May 10, 2007 |
| | Application to Extend/Change Nonimmigrant | | |

| I-539 | Status | Extension of Stay for J exchange visitors | May 10, 2007 |
|-------|--------|-------------------------------------------|--------------|
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | May 10, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | January 07, 2007 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | August 25, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | December 22, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | 11 Weeks |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | 30 Days |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | June 14, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | 11 Weeks |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | 6 Months |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | December 22, 2006 |

Print This Page    Back

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security



Home   Contact Us   Site Map   FAQ

Search 

Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

[ Print This Page ]    [ Back ]

# U.S. Citizenship and Immigration Services
## Fresno CA Processing Dates
## Posted September 15, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report the USCIS service level commitment. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show "6 months".

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information.
  If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I… know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer for your records.

District Office Processing Dates for **Fresno CA** Posted September 15, 2007

| Form | Form Name | Processing Timeframe: |
|------|-----------|----------------------|
| I-131 | Application for Travel Documents | 3 Months |
| I-485 | Application to Register Permanent Residence or Adjust Status | 6 Months |
| I-600 | Petition to Classify Orphan as an Immediate Relative | May 04, 2007 |
| I-600A | Application for Advance Processing of Orphan Petition | May 04, 2007 |
| I-765 | Application for Employment Authorization | 11 Weeks |
| N-400 | Application for Naturalization | 7 Months |
| N-600 | Application for Certification of Citizenship | June 25, 2006 |

Print This Page    Back

**09-28-2007 10:09 AM EDT**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security