1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:     jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMENAK CHAMLIKIAN, et al., | Case No. C 07-5023 TEH |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| vs. | |
| ROSEMARY MELVILLE, et al., | |
| Defendants. | |
| _____/ | |

I, JONATHAN M. KAUFMAN, do hereby declare:

That on October 3, 2007 the September 28, 2007 order setting initial case management conference, the Court's Standing Orders, the handbook entitled "Dispute Resolution Procedures in the Northern District of California", and all documents specified in Civil Local Rule 4-2 were served on defendant by placing copies in the U.S. Mail at San Francisco, California in a sealed envelope, postage affixed, addressed to Civil Process Clerk, United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

1

1  I declare under penalty of perjury that the foregoing is true and correct and that this was
2  executed on October 4, 2007 at San Francisco, California.

_____
JONATHAN M. KAUFMAN
