1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                UNITED STATES DISTRICT COURT
9
             NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO DIVISION
11
   ARMENAK CHAMLIKIAN, MARINA      )    No. C 07-5023 TEH
12 VARTANIAN, AND KRISTINE         )
   CHAMLIKIAN,                     )
13                                 )
                  Plaintiffs,      )    ANSWER TO COMPLAINT
14                                 )
                                   )
15       v.                        )
                                   )
16 ROSEMARY MELVILLE, District     )
   Director, United States Citizenship and )
17 Immigration Services; and EMILIO T. )
   GONZALEZ, Director, United States )
18 Citizenship and Immigration Services )
                                   )
19                Defendants.      )
   _____ )

20

21       The Defendants hereby submit their answer to Plaintiffs' Complaint for Declaratory

22 Judgment and Injunction.

23       1.      Paragraph One consists of Plaintiffs' characterizations of this action for which no

24 answer is necessary; however, to the extent a response is deemed to be required, the Defendants

25 deny the allegations therein.

26       2.      Defendants admit the allegations in Paragraph Two.

27       3.      Defendants admit the allegations in Paragraph Three.

28       4.      Defendants admit the allegations in Paragraph Four.

ANSWER
No. C 07-5023 TEH

5.      Defendants admit the allegations in Paragraph Five.

6.      Defendants admit the allegations in Paragraph Six as to Plaintiff Armenak only.

7.      Defendants admit the allegations in Paragraph Seven as to Plaintiff Armenak only.

8.      Defendants admit the allegations in Paragraph Eight.

9.      Defendants admit the allegations in Paragraph Nine.

10.     Defendants admit the allegations in Paragraph Ten.

11.     Defendants admit the first sentence in Paragraph Eleven; however, Defendants deny the second sentence. Defendants admit the allegations in the third sentence; however, Defendants deny the remaining allegations in this paragraph.

12.     Defendants admit the allegations in Paragraph Twelve.

13.     Defendants admit that there is no appeal currently; however, Defendants deny that decision was made.

14.     Paragraph Fourteen consists of Plaintiffs' characterizations of this action for which no answer is necessary; however, to the extent a response is deemed to be required, the Defendants deny the allegations therein.

The remaining allegations consists of Plaintiffs' prayer for relief, to which no admission or denial is required; to the extent a responsive pleading is deemed to be required, Defendants deny these paragraphs.

## **AFFIRMATIVE AND/OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified are hereby denied. For further and separate answer, Defendants allege as follows:

### FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action

### SECOND DEFENSE

The Complaint fails to state a claim against the Defendants upon which relief can be granted.

### THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Plaintiffs.

ANSWER
No. C 07-5023 TEH                    2

1

## FOURTH DEFENSE

2

At all times alleged in the complaint, Defendants were acting with good faith, with

3

justification, and pursuant to authority.

4

## FIFTH DEFENSE

5

The Defendants are processing the applications referred to in the Complaint to the extent

6

possible at this time.  Accordingly, no relief as prayed for is warranted.

7

WHEREFORE, Defendants pray for relief as follows:

8

That judgment be entered for Defendants and against Plaintiffs, dismissing Plaintiffs'

9

Complaint with prejudice; that Plaintiffs take nothing; and that the Court grant such further relief

10

as it deems just and proper under the circumstances.

11

Dated: December 3, 2007                              Respectfully submitted,

12

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

13

14

                                                     _____/s/_____
                                                     MELANIE L. PROCTOR

15

                                                     Assistant United States Attorney
                                                     Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER
No. C 07-5023 TEH                    3