SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMENAK CHAMLIKIAN, MARINA VARTANIAN, AND KRISTINE CHAMLIKIAN, <br><br>            Plaintiffs, <br><br>v. <br><br>ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services <br><br>            Defendants. | No. C 07-5023 TEH <br><br> JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; PROPOSED ORDER |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to adjudicate their applications for adjustment of status. Given the substance of the action and the lack

of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources.   Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: December 17, 2007                              Respectfully submitted,

                                                SCOTT N. SCHOOLS
                                                United States Attorney

                                                /s/
                                                MELANIE L. PROCTOR[1]
                                                Assistant United States Attorney
                                                Attorneys for Defendants

Dated: December 13, 2007                                      /s/
                                                JONATHAN KAUFMAN
                                                Attorney for Plaintiffs

**ORDER**

      Pursuant to stipulation, IT IS SO ORDERED.

Date: _____

                                                THELTON E. HENDERSON
                                                United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.