1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927

7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| | | |
|---|---|---|
| 12  ARMENAK CHAMLIKIAN, MARINA VARTANIAN, AND KRISTINE CHAMLIKIAN, | ) ) ) | No. C 07-5023 TEH |
| 13 | ) | |
| 14                Plaintiffs, | ) ) | JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS; ~~PROPOSED~~ |
|     v. | ) | ORDER |
| 15 | ) | |
| 16  ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; and EMILIO T. | ) ) ) | |
| 17  GONZALEZ, Director, United States Citizenship and Immigration Services | ) ) | |
| 18 | ) | |
|                   Defendants. | ) | |
| 19 | ) | |

20

21      Each of the undersigned certifies that he or she has read either the handbook entitled

22  "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

23  the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

24  resolution options provided by the court and private entities, and considered whether this case might

25  benefit from any of them.

26      Here, the parties agree that referral to a formal ADR process will not be beneficial because

27  this mandamus action is limited to Plaintiffs' request that this Court compel Defendants to

28  adjudicate their applications for adjustment of status. Given the substance of the action and the lack

ADR CERTIFICATION
No. C 07-5023 TEH

1    of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily

2    tax court resources.    Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

3    removed from the ADR Multi-Option Program and that they be excused from participating in the

4    ADR phone conference and any further formal ADR process.

5    Dated: December 17, 2007                              Respectfully submitted,

6                                                          SCOTT N. SCHOOLS
                                                           United States Attorney
7

8                                                          _____/s/_____
                                                           MELANIE L. PROCTOR[1]
9                                                          Assistant United States Attorney
                                                           Attorneys for Defendants
10

11   Dated: December 13, 2007                              _____/s/_____
                                                           JONATHAN KAUFMAN
12                                                         Attorney for Plaintiffs

13                                        **ORDER**

14           Pursuant to stipulation, IT IS SO ORDERED.

15

16   Date:    12/18/07                                     _____
                                                           THELTON E. HENDERSON
17                                                         United States District Judge



18

19

20

21

22

23

24

25

26

27

28           [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     ADR CERTIFICATION
     No. C 07-5023 TEH                          2