1  JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
   The Law Offices Of Jonathan M. Kaufman
2  220 Montgomery Street, Suite 976
   San Francisco, CA 94104
3  Telephone: (415) 956-4765
   Facsimile:  (415) 956-1664
4  E-Mail:    jonathan-kaufman@sbcglobal.net

5  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMENAK CHAMLIKIAN, et al., | Case No. C 07-5023 TEH |
| Plaintiffs, | PARTIES' STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED] |
| vs. | |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, et al., | AMENDED |
| Defendants. | |

This immigration case concerns defendants' adjudication of plaintiff's applications for adjustment of status.

The parties believe that a resolution of the dispute may be obtained through the administrative proceedings and that the case management conference should be continued to permit the U.S. Citizenship and Immigration Services a further opportunity to adjudicate plaintiffs' applications.

Accordingly, the parties, by and through their respective attorneys, request that the case management conference be continued as follows:

The parties will file a joint case management conference statement on or before February 25, 2008.

The case management conference be continued to March 3, 2008 at ~~10:00 a.m.~~ 1:30 P.M. ~~1:00 P.M.~~

1

Dated: December 21, 2007

JONATHAN M. KAUFMAN
Attorney for Plaintiff

Dated: December 21, 2007

MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:   December 21, 2007

THELTON E. HENDERSON
United States District Judge

2