1    JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
    The Law Offices Of Jonathan M. Kaufman
2    220 Montgomery Street, Suite 976
    San Francisco, CA 94104
3    Telephone: (415) 956-4765
    Facsimile: (415) 956-1664
4    E-Mail:     jonathan-kaufman@sbcglobal.net

5    Attorney for Plaintiffs

                UNITED STATES DISTRICT COURT
6

                NORTHERN DISTRICT OF CALIFORNIA
7

8                 SAN FRANCISCO DIVISION

9
    ARMENAK CHAMLIKIAN, et al.,          Case No. C 07-5023 TEH
10
            Plaintiffs,             PARTIES' STIPULATION CONTINUING
11                               CASE MANAGEMENT CONFERENCE
        vs.                       AND ORDER [PROPOSED]
12
    ROSEMARY MELVILLE, District Director,
13    U.S. Citizenship and Immigration Services, et
    al.,
14
            Defendants.
15    _____ /

16        This immigration case concerns defendants' adjudication of plaintiff's applications for

17    adjustment of status.

18        Following the filing of the Complaint an interview was scheduled by the U.S. Citizenship

19    and Immigration Service Asylum Office to review plaintiffs' eligibility for asylum. That interview

20    has been postponed by the Asylum Office to permit plaintiffs to obtain a copy of their agency records

21    through a Freedom of Information Act request. The parties believe that the case management

22    conference should be continued to permit the U.S. Citizenship and Immigration Services a further

23    opportunity to adjudicate plaintiffs' applications.

24        Accordingly, the parties, by and through their respective attorneys, request that the case

25    management conference be continued as follows:

26        The parties will file a joint case management conference statement on or before April 21,

27

28                                    1

2008.

The case management conference be continued to April 28, 2008 at 10:00 a.m.

Dated: February 22, 2008

JONATHAN M. KAUFMAN
Attorney for Plaintiff

Dated: February 22, 2008

MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:

THELTON E. HENDERSON
United States District Judge

2