JONATHAN M. KAUFMAN, ESQ. (California State Bar No. 104576)
The Law Offices Of Jonathan M. Kaufman
220 Montgomery Street, Suite 976
San Francisco, CA 94104
Telephone: (415) 956-4765
Facsimile: (415) 956-1664
E-Mail:    jonathan-kaufman@sbcglobal.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARMENAK CHAMLIKIAN, et al.,

    Plaintiffs,

vs.

ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, et al.,

    Defendants.

Case No. C 07-5023 TEH

PARTIES' STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND ORDER [PROPOSED]

    This immigration case concerns defendants' adjudication of plaintiff's applications for adjustment of status.

    Following the filing of the Complaint an interview was scheduled by the U.S. Citizenship and Immigration Service Asylum Office to review plaintiffs' eligibility for asylum. That interview has been postponed by the Asylum Office to permit plaintiffs to obtain a copy of their agency records through a Freedom of Information Act request. The parties believe that the case management conference should be continued to permit the U.S. Citizenship and Immigration Services a further opportunity to adjudicate plaintiffs' applications.

    Accordingly, the parties, by and through their respective attorneys, request that the case management conference be continued as follows:

    The parties will file a joint case management conference statement on or before April 21,

1

2008.

The case management conference be continued to April 28, 2008 at ~~10:00 a.m.~~ **1:30 PM.**

Dated: February 22, 2008

_____
JONATHAN M. KAUFMAN
Attorney for Plaintiff

Dated: February 22, 2008

_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendant

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated:    02/26/08

_____
THELTON E. HENDERSON
United States District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]

2