JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARMENAK CHAMLIKIAN, MARINA VARTANIAN, AND KRISTINE CHAMLIKIAN, <br><br> Plaintiffs, <br><br> v. <br><br> ROSEMARY MELVILLE, District Director, United States Citizenship and Immigration Services; and EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services <br><br> Defendants. | No. C 07-5023 TEH <br><br> STIPULATION TO DISMISS |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice.

///

///

///

///

///

///

///

STIPULATION TO DISMISS
No. C 07-5023 TEH

1  Each of the parties shall bear their own costs and fees.

Dated: April 21, 2008                              Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
United States Attorney

                                               /s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: April 21, 2008                              /s/
JONATHAN KAUFMAN
Attorney for Plaintiffs

**PROPOSED ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending deadlines are hereby TERMINATED, and the Case Management Conference scheduled for April 28, 2008 is hereby VACATED. The Clerk shall close the file.

Dated:   April 22, 2008

IT IS SO ORDERED
Judge Thelton E. Henderson

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 07-5023 TEH                         2